IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PATRICK ALLEN CLARK                                                    PLAINTIFF

V.                            CASE NO.: 5:15-CV-05059

NURSE RHONDA, Head Nurse; and
DEPUTY WINDGATE                                                        DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation ("R & R") (Doc. 7) filed in this case on May 14, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. The R & R was mailed to Plaintiff at his address of record shortly after it was filed; however, the mailing was returned as undeliverable on May 22, 2015, with no forwarding address provided. On June 1, 2015, Plaintiff notified the Clerk's office as to his current address, and the R & R was resent to that address, with a new objections deadline imposed. Fourteen days have now passed since the new objections deadline, June 18, 2015, and no objections were filed by either party.

Having reviewed the case and being well and sufficiently advised, the Court therefore finds as follows: the R & R is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the R & R, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 2ⁿᵈ day of July, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE